Benjamin E. Haglund (BH 3350)
DAY PITNEY LLP
7 Times Square
New York, NY 10036-7311
(212) 297 5800

Attorneys for Defendant DB Private Clients Corporation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | Case No.: 21 MC 102 (AKH) |
| JESSE DRAKE (AND WIFE, SUSAN DRAKE), Plaintiffs, - against - ALAN KASMAN DBA KASCO, *et al.*, Defendants. | Case No.: 07-cv-5353 (AKH) **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT ON BEHALF OF DB PRIVATE CLIENTS CORPORATION** |

PLEASE TAKE NOTICE THAT defendant DB Private Clients Corporation, formerly known as BT Private Clients Corp. ("DB Private Clients"), having its principal place of business at 60 Wall Street, New York, NY 10005, as and for its responses to the allegations set forth in plaintiffs' Complaint by Adoption ("Check-Off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts the DB Private Clients Corporation Answer to the Master Complaint, dated August 2, 2007, which was filed in *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

- 2 -

To the extent the allegations in plaintiffs' Check-Off Complaint do not correspond to the allegations in the Master Complaint attached as Exhibit A to Case Management Order 4 in the 21 MC 102 consolidated docket, dated June 29, 2007 ("CMO 4"), or conform to the *pro-forma* check-off complaint attached as Exhibit B to CMO 4, DB Private Clients denies any such non-conforming allegations.

WHEREFORE, DB Private Clients demands judgment in its favor, dismissing the above-captioned action, together with costs and disbursements, and for such other relief as this Court deems just and equitable.

                                                **DAY PITNEY LLP**
                                                Attorneys for Defendant
                                                DB Private Clients Corporation

                                                By:  *s/ Benjamin E. Haglund*
                                                       BENJAMIN E. HAGLUND
                                                       A Member of the Firm

DATED: September 12, 2007

## CERTIFICATION OF SERVICE

The undersigned certifies that on this date, the attached Notice of Adoption of Answer to Master Complaint was electronically served and filed with the United States District Court for the Southern District of New York via the Court's ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: September 12, 2007

_____
JOHN D. COYLE