UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER         : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
:
:
:
------------------------------------------------------------X
JESSE DRAKE AND SUSAN DRAKE,           : 07-CV-05353-AKH
:
Plaintiffs,                            :
:  **APPEARANCE**
- against -                            :
:  **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO, *et al.*,     :
:
Defendants.                            :
------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York                DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                By:     /s/ Judith R. Cohen
                                        _____
                                        Judith R. Cohen (JC-8614)
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        Phone: (212) 277-6500
                                        Fax: (212) 277-6501

                                        *Attorney for Defendant*
                                        MERRILL LYNCH & CO., INC.

DOCSNY-271436v01